IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JACOB BLANCO,<br><br>　　　　　　　Defendant. | Case No.:　1:17-CR-00140-001 LJO<br><br>ORDER ASSIGNING DEFENDANT PRO PER STATUS |

　　　Defendant Jacob Blanco has requested to be relieved of appointed counsel and to represent himself in propria persona. The court has granted that request. Therefore it is hereby ORDERED that:

　　　1. The Clerk of the Court shall enter a substitution of attorney reflecting appointment as attorney of record effective October 15, 2018:

　　　　　　JACOB BLANCO

　　　　　　Booking number # 1721518

　　　　　　JID # 7083223

　　　　　　Fresno County Jail

　　　　　　P.O. Box 872

　　　　　　Fresno, CA 93721

　　　2. A copy of this order shall be served on Fresno County Jail.

///

3. The defendant shall be granted law library access at the Fresno County Jail in preparation for trial.

4. Jury trial is CONFIRMED for February 26, 2019 at 8:30am.

IT IS SO ORDERED.

Dated:   **October 16, 2018**                    /s/ Lawrence J. O'Neill
                                                                           UNITED STATES CHIEF DISTRICT JUDGE