McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

NADIA C. PRINZ
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1400 New York Avenue NW, Suite 600
Washington, DC 20005
Telephone: (202) 514-3740
Facsimile: (202) 514-1793

Attorneys for Plaintiff
United States of America

FILED
JAN 24 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACOB ERIC BLANCO,<br><br>　　　　Defendant. | CASE NO. 1:17-CR-00140 LJO-SKO<br><br>VIOLATIONS: 18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation Of Children And Attempt (Five Counts); 18 U.S.C. § 2252(a) (2) – Receipt And Distribution Of A Visual Depiction Of A Minor Engaged In Sexually Explicit Conduct And Attempt; 18 U.S.C. § 2253 - Criminal Forfeiture |

S U P E R S E D I N G   I N D I C T M E N T

COUNT ONE: [18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation of Children and Attempt]

　　The Grand Jury charges:  T H A T

JACOB ERIC BLANCO,

defendant herein, in or about March 2017, in Fresno County, within the State and Eastern District of California, and elsewhere, knowingly employed, used, persuaded, induced, enticed, and coerced a minor

(Confidential Victim 1), a girl who was then less than 12 years old, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, or for the purpose of transmitting a live visual depiction of such conduct, knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and attempted to do so, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO: [18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation of Children and Attempt]

The Grand Jury further charges: T H A T

JACOB ERIC BLANCO,

defendant herein, between approximately January 3, 2017, and approximately March 1, 2017, in Fresno County, within the State and Eastern District of California, and elsewhere, knowingly employed, used, persuaded, induced, enticed, and coerced two minors (Confidential Victims 2 and 3), girls who were then less than 12 years old, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, or for the purpose of transmitting a live visual depiction of such conduct, knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and attempted to do so, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT THREE: [18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation of Children and Attempt]

The Grand Jury further charges: T H A T

JACOB ERIC BLANCO,

defendant herein, on unknown dates beginning in June 2016, through approximately March 15, 2017, in Fresno County, within the State and Eastern District of California, and elsewhere, knowingly employed, used, persuaded, induced, enticed, and coerced two minors (Confidential Victim 4, a girl who was then less than 12 years old, and Confidential Victim 5, a boy who was less than 12 years old), to engage in any

sexually explicit conduct for the purpose of producing any visual depiction of such conduct, or for the purpose of transmitting a live visual depiction of such conduct, knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and attempted to do so, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT FOUR: [18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation of Children and Attempt]

The Grand Jury further charges:  T H A T

JACOB ERIC BLANCO,

defendant herein, in or about July 2016, in Fresno County, within the State and Eastern District of California, and elsewhere, knowingly employed, used, persuaded, induced, enticed, and coerced a minor (Confidential Victim 6), a girl who was then less than 12 years old, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, or for the purpose of transmitting a live visual depiction of such conduct, knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and attempted to do so, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT FIVE: [18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation of Children and Attempt]

The Grand Jury further charges:  T H A T

JACOB ERIC BLANCO,

defendant herein, from approximately June 2016 through approximately July 2016, in Fresno County, within the State and Eastern District of California, and elsewhere, knowingly employed, used, persuaded, induced, enticed, and coerced a minor (Confidential Victim 7), a girl who was then less than 12 years old, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, or for the purpose of transmitting a live visual depiction of such conduct, knowing or having reason to know that the

visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or that the visual depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and attempted to do so, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT SIX: [18 U.S.C. §§ 2252(a)(2) and (b)(1) – Receipt and Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct and Attempt]

The Grand Jury further charges:  T H A T

JACOB ERIC BLANCO,

defendant herein, on or about November 30, 2016, in Fresno County within the State and Eastern District of California, and elsewhere, did knowingly receive from and distribute to a minor via the internet at least one visual depiction, the producing of which involved at least one minor engaging in sexually explicit conduct and which depiction was of such conduct, as defined in Title 18, United States Code, Section 2256, which depiction had been transported in interstate or foreign commerce, had been sent or received using any means or facility of interstate or foreign commerce, or which contained materials which had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, and attempted to do so, all in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253 - Criminal Forfeiture]

Upon conviction of one or more of the offenses alleged in Counts One through Six of this Indictment, defendant Jacob Eric Blanco, shall forfeit to the United States under 18 U.S.C. § 2253, his interest in any and all matters which contain any visual depiction(s) produced or possessed in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained from such offense(s); and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property, including but not limited to the following:

(a) Custom built computer tower, seized from defendant by law enforcement on or about May 5, 2017;

(b) Galaxy S7 cellular telephone with serial number 357752071773928, seized from defendant by law enforcement on or about May 5, 2017;

(c) Asus Monitor with serial number E8LMTF069631, seized from defendant by law enforcement on or about May 5, 2017;

(d) Asus Monitor with serial number E8LMTF068204, seized from defendant by law enforcement on or about May 5, 2017; and

(e) Apple iPad Mini, model A1489, serial number F9FSTRM0FCM9

Under 18 U.S.C. §§ 2253(a)(1), 2253(a)(2), 2253(a)(3), 2253(b), and 21 U.S.C. § 853, if any property subject to forfeiture, as a result of any act or omission of the defendant or upon direction by the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of any other property of the defendant, up to the value of the property subject to forfeiture, including but not limited to a personal forfeiture money judgment, under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.
/s/ Signature on file w/AUSA
_____
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By: **KIRK E. SHERRIFF**
_____
Kirk E. Sherriff
Assistant United States Attorney
Chief, Fresno Office