No. 1:17-cr-00140 LJO

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*



FILED
JAN 24 2019
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

THE UNITED STATES OF AMERICA
vs.

JACOB ERIC BLANCO

1:17CR 140 LJO

### SUPERSEDING INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2251(a) and (e) – Sexual Exploitation Of Children And Attempt (Five Counts);
18 U.S.C. § 2252(a) (2) – Receipt and Distribution Of A Visual Depiction Of a Minor Engaged In Sexually Explicit Conduct and Attempt;
18 U.S.C. § 2253 - Criminal Forfeiture

*A true bill,*

/S/
―――――――――――――――――
Foreman.

*Filed in open court this* _____ *day*

*of* _____, A.D. 20 _____

―――――――――――――――――
Clerk.

Bail, $ _Arraignment scheduled for 1/30/19 at 9:15 a.m. before Chief District Judge O'Neill_

―――――― Sheila K. Oberto ――――――

GPO 863 525

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
    ☒ SUPERSEDING: Case No. 1:17-cr-00140 LJO

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
EDCA

### OFFENSE CHARGED
Please see Indictment

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT -- U.S. vs.**
JACOB ERIC BLANCO

Address

Birth Date  ☒ Male  ☐ Alien
            ☐ Female  (if applicable)

(Optional unless a juvenile)

**Place of offense**
Fresno County

**U.S.C. Citation**
Please see Indictment

## PROCEEDING
**Name of Complainant Agency, or Person (& Title, if any)**
SA Kotman/HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

## DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☒ State
   If answer to (6) is "Yes," show name of institution
   Fresno County Jail

Has detainer been filed?
☐ Yes  If "Yes," give date filed
☐ No
Mo.  Day  Year

**DATE OF ARREST**
Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

**DATE TRANSFERRED TO U.S. CUSTODY**

**Name and Office of Person Furnishing Information on THIS FORM**
Maria G. Robles
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
David L. Gappa

☒ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
Defendant in custody. Please schedule Arraignment and Plea on the Superseding Indictment for 1/30/19 in front of Judge O'Neill at 9:15 a.m.

SUPERSEDING INDICTMENT
1:17-cr-00140 LJO

AUSA INITIALS

PENALTY SLIP

**DEFENDANT:** JACOB ERIC BLANCO

**COUNTS ONE - FIVE:**

    **VIOLATION:** 18 USC 2251(a) and (e)
Sexual Exploitation of Children and Attempt

    **PENALTIES:** same for each count
15-30 years imprisonment
$250,000 fine
Lifetime supervised release
$100 penalty assessment
$5,000 special assessment

**COUNT SIX:**

    **VIOLATION:** 18 U.S.C. Section 2252 (a)(2) and (b)(1)
Receipt and Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct and Attempt

    **PENALTIES:** 20 years imprisonment - maximum
5 years imprisonment - minimum
$250,000 fine
Lifetime supervised release
$100 penalty assessment
$5,000 special assessment

**FORFEITURE ALLEGATION:**

    **VIOLATION:** 18 U.S.C. § 2253