**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:17-cr-00140-LJO-SKO-1 |
| Plaintiff, | **ORDER ON DEFENDANT'S MOTION TO SUPPRESS** |
| v. | |
| **JACOB BLANCO,** | |
| Defendant. | |

The Court has received and reviewed the Defendant's Motion To Suppress.

The Government is hereby given an opportunity to file a Response on or before **noon on Monday, February 4, 2019**. Once received and reviewed, the Court will determine whether or not oral argument is needed, and whether or not the requested Evidentiary Hearing will be granted.

IT IS SO ORDERED.

Dated: **January 30, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE