# Attachment 1

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CYBER CRIME CENTER/
PUBLIC INTEGRITY DIVISION

REPORT

COUNTY:     Madison

CASE NO:    CC-17-00149

SUBJECT:    Child Exploitation

DATE:       4-27-2017

INVESTIGATOR:    Houston, AG-19

On April 19th, 2017, I received a phone call from Madison Police Department Inv. Ryan Wigley. Wigley requested our assistance on an investigation where a 9 year old girl received requests to take nude photos using the app Musical.ly. This investigation was believed to have occurred in the City limits of Madison but later determined the Victim's family lived outside the City limit which is where this crime occurred.

Musical.ly is a popular app that is a social media platform for creating, sharing and discovering short music videos of up to 15 seconds. This app also has private messaging functionality which allows users to message each other.

Wigley stated he met with the 9 year old's mother, ███████████, who stated that her daughter had been receiving vulgar messages from the user "summerme001" using the messaging functionality of the app Musical.ly. "Summerme001" has a profile picture of a young white female with brown hair. In the background of the picture, there is a pink fluffy object and a light colored lamp which would lead a person to reasonably believe this account was of a child. "Summerme001" told ██████'s daughter that she was also 9 years old and her mom was a model coach. She was convinced to take pictures and send to "Summerme001" in hopes of being a model. After she sent a few pictures (none that were nude), "Summerme001" asked the ██████'s daughter for nude photos. She refused to send nude photos and this was ultimately divulged to her mother, ██████.

A screenshot was provided to me by Ms. ██████ which is shown below:



A Grand Jury subpoena was obtained by the Madison County Grand Jury once approved by the Madison County District Attorney's Office. The subpoena was submitted to Muscal.ly via the LE Portal on 4-27-2017. We are awaiting the return at the time of this report.

It should be noted that I was informed that a Grand Jury subpoena had been previously issued by Inv. Wigley for the account mentioned above. I contacted Inv. Wigley and told him that he should not reveal any information he receives from Musical.ly as a result of the subpoena he obtained.



# COMCAST

## EDOC DELIVERY TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** Investigator Jay Houston | **FROM:** Comcast Legal Response Center |
| **COMPANY:** Mississippi Attorney General's Office | **DATE:** |
| **FAX NUMBER:** jhous@ago.state.ms.us | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** 867274 |
| **RE:** 867274 | **YOUR REFERENCE NUMBER:** |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Attached you will find Comcast's response to the above referenced 867274. If you have any questions regarding this matter, please contact the Legal Response Center at 866-947-8572.

Sincerely,

Comcast Legal Response Center

650 CENTERTON ROAD, MOORESTOWN, NJ 08057



# COMCAST

Legal Response Center
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

## CONFIDENTIAL

September 15, 2017

**VIA E-DELIVERY**

Investigator Jay Houston
Mississippi Attorney General's Office
P.O. Box 2
Jackson, MS 39205

Re:  Subpoena
Comcast File #:  867275

Dear Investigator Houston:

The Subpoena received on 9/15/2017 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply.  The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP address: **75.150.2.233 assigned on 3/23/2017 at 5:21:04 PM GMT.**

Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

| | |
|---|---|
| Subscriber Name: | VALLEY PACIFIC BUILDERS |
| Service Address: | 4920 E YALE AVE STE 101 |
| | FRESNO, CA 937271517 |
| Telephone #: | ▆▆▆▆▆ |
| Type of Service: | High Speed Internet Service |
| Account Number: | ▆▆▆▆▆▆ |
| Account Status: | Active |
| IP Assignment: | Statically Assigned |
| IP Lease Length: | See attached to date of Subpoena |
| E-mail User Ids: | None Found |

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center

## IP LEASE LENGTH – 867025

| IP ADDRESS | LEASE GRANT (UTC) | LEASE EXPIRATION (UTC) |
|---|---|---|
| 75.150.2.233 | 11/04/2010 23:59:59 | 9/12/2017 00:00:00 |



# EVIDENCE

Case No. 2017040665   Inventory # D-2

Type of offense _Child Explo_

Description of evidence _IPad_

Suspect _UNK_

Victim ████████████████████

Date and time of recovery _4-19-17_

Location of recovery _MPD_

Recovered by _Wisley_

## CHAIN OF POSSESSION

Received from _____

**Madison Police Department**
2017050026

Item #:

|||||||||||||||||||||||||||||||||||||||||||

Case #:   2017040665

|||||||||||||||||||||||||||||||||||||||||||

Date Collected:   Date2:
5/2/2017

Category:
Low Risk



BLANCO, Jacob  1:17CR140 LJO
000509

## MADISON POLICE DEPT
### INCIDENT REPORT

Page: 1

| ORI #: MS0450400 | | |
|---|---|---|

| INCIDENT #: | 2017040665 | DATE OF INCIDENT: 4/19/17 | TIME OF INCIDENT: 13:19 |
|---|---|---|---|

| INCIDENT TYPE (SIGNAL): S44 INFORMATION REPORT |
|---|

| REPORT TYPE: | OFFICER: No Assigned Officer | BADGE #: |
|---|---|---|

| COMPLAINANT:(Last, First, Middle)   No Complainant | | HOME PHONE: |
|---|---|---|
| ADDRESS: | | BUSINESS PHONE: |

| LOCATION OF INCIDENT: ███████████ |
|---|

| RECEIVED: 04/19/2017   13:19 | DISPATCHED: 04/19/2017   13:20 | ENROUTE: |
|---|---|---|
| ARRIVED: 04/19/2017   13:20 | UNDER CONTROL: | COMPLETED: 04/19/2017   13:20 |

| STATUS DATE/TIME: | STATUS: | CLEARED EXCEPTIONAL REASON/DATE  (If applicable) |
|---|---|---|
| 04/19/2017  14:10 | PENDING | 04/19/2017 |

### OFFENSE

| SEQ. NUM 1 | OFFENSEINFORMATION INFO | RSA# | ATT/COMP C |
|---|---|---|---|

| OFFENSE LOCATION TYPE 20 RESIDENCE/HOME | (FOR BURGLARY ONLY) NBR OF PREMISES ENTERED: | METHOD OF ENTRY |
|---|---|---|
| CRIMINAL ACTIVITY TYPE | TYPE WEAPON/FORCE INVOLVED | |
| | | |
| | | |

| Offense Connected to Offender Sequence Number: | 1 | UNK, UNK |
|---|---|---|
| Offense Connected to Victim Sequence Number: | 1 | ████████████ |

### DISPATCHER

| NAME:COLELLA, ROBIN P |
|---|

### DETECTIVE

| NAME:WIGLEY, RYAN |
|---|

### OFFENDER

| OFFENDER #: 1 | NAME:   UNK, UNK |
|---|---|

| HATE/BIAS MOTIVATED: NONE | CLOTHING: |
|---|---|
| ADDRESS: ███████ | |

| PHONE: (HOME) ██████████ | (BUSINESS) (601) | (OTHER) (601) | |
|---|---|---|---|
| SEX: U | RACE: U | ETHNICITYU | DOB: | AGE: 0   +/- 00 | SSN: |
| HEIGHT: 0-0 | WEIGHT:   0 | EYES: | HAIR:  . | RESIDENT STATUS N |

| OFFENDER USED: COMPUTER EQUIPMENT |
|---|

### PARENT

| NAME: █████████████ |
|---|
| ADDRESS: ████████     MADISON MS 391100000 |

| PHONE: (HOME) (601) | (BUSINESS) (601) | (OTHER) (601) | |
|---|---|---|---|
| SEX: F | RACE: W | ETHNICITYU | DOB: 11/13/1970 | AGE: 0   +/- 00 | SSN: |
| HEIGHT: 0-0 | WEIGHT:   0 | EYES: | HAIR: | RESIDENT STATUS R |

### RECEIVED BY

| NAME:COLELLA, ROBIN P |
|---|

## *MADISON POLICE DEPT*
## INCIDENT REPORT

Page: 2

| ORI #: MS0450400 | | |
|---|---|---|
| INCIDENT #: | 2017040665 | DATE OF INCIDENT: 4/19/17 | TIME OF INCIDENT: 13:19 |

| INCIDENT TYPE (SIGNAL):  S44 INFORMATION REPORT |
|---|

| VICTIM | TYPE OF COMPLAINANT: [ | |
|---|---|---|
| VIC #: | NAME: ███████████ | |
| ADDRESS: ████████████████ | | |

| PHONE: (HOME) (601) | | (BUSINESS) (601) | | (OTHER) (601) | |
|---|---|---|---|---|---|
| SEX: F | RACE: W | ETHNICITY N | | EYES: | DOB: | AGE: 0   +/- 00 | SSN: |
| HEIGHT: 0-0 | WEIGHT: 0 | EYES: | HAIR: | RESIDENT STATU: N |

| AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES:N/A |
|---|
| NEGLIGENT MANSLAUGHTER: N/A |
| JUSTIFIABLE HOMICIDE: N/A |
| ADDITIONAL JUSTIFIABLE HOMICIDE CIRCUMSTANCES:N/A |
| INJURY TYPE(S):   NONE |

### MADISON POLICE DEPT
### INCIDENT REPORT

Page: 1

| ORI #: MS0450400 | | |
|---|---|---|
| INCIDENT #: 2017040665 | DATE OF INCIDENT: 4/19/17 | TIME OF INCIDENT: 13:19 |
| INCIDENT TYPE (SIGNAL): S44 INFORMATION REPORT | | |
| Agency: MPD | Incident No: 2017040665 | Date Entered: 4/19/2017      Sequence:   1 |
| Author:  WIGLEY, RYAN | Title: CID | |

On April 19, 2017 I, Investigator Wigley, was given ███████████████'s phone number ████
████ and told to call her about something that happen to her █ year old. I called her and she said
that her daughter was using Musical.ly on the IPad and someone has gotten her to send photos to
them. She stated that the photos were of her in clothes and not nude but that they tried to get her
to send nudes. I asked Stephanie to bring her IPad to the PD and we will take a report.

████████ arrived and gave me the IPad. The app is called Musical.ly and the user's name that is
contacting the █ year old is summerme001. The profile pic is a young white female and the
communication looks like it began on March 23, 2017. I ran Cellebrite on the IPad and recovered
what appeared to be the photos that the 9 year old sent to the unknown suspect. When I gathered
the information for this report it was determined that they live in Madison County and not the City. I
contacted Jay Houston, ICAC Commander for MS, and advised him of what was going on. This
case will be sent over to him.

## *POSSIBLE CHILD EXPLOITATION*

**GRAND JURY SUBPOENA DUCES TECUM**

**THE STATE OF MISSISSIPPI**                                                 **2017 TERM**

**TO THE SHERIFF OF MADISON COUNTY OR
ANY OTHER LAW ENFORCEMENT OFFICER - GREETINGS:**

WE COMMAND YOU TO SUMMON

**MUSICALLY
Attn: LEGAL COMPLIANCE DEPT
ELECTRONIC MAIL: legal@musical.ly**

***NOTE: PLEASE REFERENCE CASE NUMBER 2017-040665 WHEN YOU PROVIDE THE REQUESTED DOCUMENTATION***

**to immediately produce the below stated information and/or documentation to Investigator Ryan Wigley of the Madison Police Department, Post Office Box 2489, Madison, Mississippi, 39130, phone # (601) 856-6111, fax # (601) 898-1454, and whose email address is rwigley@madisonpd.org :**

> **PURSUANT TO AN ONGOING CRIMINAL INVESTIGATION BEING CONDUCTED BY THE STATE OF MISSISSIPPI, IT IS DIRECTED THAT YOU PROVIDE ANY AND ALL ACCOUNT/OWNER INFORMATION, TO INCLUDE NAME, TELEPHONE NUMBER(S), STATUS OF ACCOUNT, DATE ACCOUNT OPENED, DATE CLOSED IF APPLICABLE, INTERNET PROTOCOL ADDRESS, ETC., PERTAINING TO THE FOLLOWING ID:**

| **SUMMERME001** |
| :---: |

In lieu of appearing before the Madison County Grand Jury, you may immediately provide said information to Investigator **Ryan Wigley** of the Madison Police Department, Madison, Mississippi, phone # (601) 856-6111, fax # (601) 898-1454, and thereby sufficiently comply with this Subpoena.

> **THIS INFORMATION IS BEING REQUESTED AS PART OF AN ONGOING INVESTIGATION; THEREFORE, DO NOT DISCLOSE AS DISCLOSURE MAY IMPEDE INVESTIGATION.**

Herein you shall fail not, under the penalty in such case made and provided.

And have then and there this Writ.

WITNESS my hand and seal of said Court, this the 24th day of April, 2017.

**ANITA WRAY, CIRCUIT CLERK**

BY: _Kedonna Buus_ ,D.C.

**BLANCO, Jacob  1:17CR140 LJO
000518**

**Ryan Wigley**

| | |
|---|---|
| **From:** | legal@musical.ly |
| **Sent:** | Tuesday, April 25, 2017 1:28 AM |
| **To:** | Redonna Burns; Ryan Wigley |
| **Subject:** | Re: grand Jury Subpoena for City of Madison (MS) Police Department |
| **Attachments:** | summerme001.pdf |

Dear officer,

Please find attached all the information we could retrieve in our server.

If you have any other inquiries, do not hesitate to contact us.

Regards,
André Chiam
musical.ly

**From:** Redonna Burns <Redonna.Burns@madison-co.com>
**Sent:** Monday, April 24, 2017 7:18:29 AM
**To:** legal@musical.ly; Ryan Wigley (RWigley@madisonpd.org)
**Subject:** grand Jury Subpoena for City of Madison (MS) Police Department

1

BLANCO, Jacob  1:17CR140 LJO
000519

**Subscriber information:**
Username: summerme001
Email: smog1234555hejsj@gmail.com
Sign up date (GMT+8): 3/22/2017, 5:40:23 AM
Sign up IP: 75.150.2.233
Sign up device: samsung SM-G930T

**IP details (GMT+0):**

Period 1
Number of log(s): 2
time: 20170404 05:36:52 ~ 20170404 05:37:53
IP address:
75.150.2.233(United States)
73.192.178.95(United States)

Period 2
Number of log(s): 1
time: 20170402 22:35:47 ~ 20170402 22:37:07
IP address:
73.192.178.95(United States)

Period 3
Number of log(s): 1
time: 20170402 02:13:03 ~ 20170402 02:19:44
IP address:
73.192.178.95(United States)

Period 4
Number of log(s): 3
time: 20170401 02:27:01 ~ 20170401 02:34:27
IP address:
75.150.2.233(United States)
73.192.178.95(United States)
172.58.24.166(United States)

Period 5
Number of log(s): 3
time: 20170330 22:40:15 ~ 20170330 22:40:30
IP address:
172.56.41.218(United States)
75.150.2.233(United States)
73.192.178.95(United States)

```
Reference: 04VI0000GT
Msg ID   : 04VI0000GT
Msg Key  : DR
Date/Time: 20170419140616
Ent Agy  :
Requester:
User     :
ORI      : MSOLN0000
Source   : USER
Dest     : MS0450420
Control  :
Summary  : DQOLN: MS

TXT: OLN/802420183,IMQ/Y

OLN/802420183    CLASS/Regular Operator
```

RAC/W    SEX/F   EYE/Brown    HAI/Brown    HGT/505    WGT/105
SOC/          DOB/              ISSU/20160309 EXP/20241113
RESTRICTIONS/NONE        ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:Licensed          STATUS CDL:UNLICENSED
     ** END OF DRIVERS HISTORY **

IMR/



MRI 3672086 41693 0217 AT 14:06:19 04/19/17

# MADISON POLICE DEPARTMENT

## PERMISSION TO SEARCH

The undersigned, residing at ██████████████████████

Does hereby voluntarily authorize ___Wixley_____who has
identified himself/ herself as a Madison Police Officer, and other officers he/ she may designate to
assist him/ her, to search my (circle appropriate device) Smart Phone, Cellular Phone, Tablet, Thumb
drive, USB Device, Portable/ External Hard Drive, Lap Top Computer located
at___MPD_____

And such device bearing serial number __DMPNX8KLG5WQ_____,
Model number __MGGX2LL/A_____; and
Make___Apple  IPAD_____.

And I further authorize said officer (s) to remove from my device, whatever documents, photographs,
e-mails, text messages, contact information, addresses, phone numbers, and information whatsoever
which they deem pertinent to their investigation, with the undersigned that said officer (s) will give
me a receipt for whatever is removed or seized from the device.

I am giving this written permission to this officer (s) freely and voluntarily, without any threats or
promises having been made, and after having been informed by said officer (s) that I have a right to
refuse █████████████████

NAME ██████████████████     ██████████████████████

        Printed                                     signed

Witness_____     Witness_____

Date_____     Time_____

Case Number_____

BLANCO, Jacob  1:17CR140 LJO
000523



BLANCO, Jacob  1:17CR140 LJO
000524



BLANCO, Jacob 1:17CR140 LJO
000525



BLANCO, Jacob  1:17CR140 LJO
000526







BLANCO, Jacob  1:17CR140 LJO
000529

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
INTERNET CRIMES AGAINST CHILDREN

REPORT

COUNTY:   Madison

CASE NO:   CC-17-00149

SUBJECT:   Subpoena Returns

DATE:   10-2-2017

INVESTIGATOR:   Houston, AG-19

---

On May 24th, 2017, Musical.ly responded to the grand jury subpoena and provided the records associated with the account "@summerme001". The account was created on 3-22-2017 at 05:40:23 AM GMT with IP address 75.150.2.233. The email account associated with this account is 1234555hejsj@gmail.com and cellular phone number 641.210.0699, which is a Samsung SM-G930T.

Between April 24th, 2017 and April 26th, 2017, this user accessed this account hundreds of times. Two of the IP addresses used were assigned to Comcast so I obtained 1 Madison County Grand Jury Subpoena to Comcast for IP's 73.192.178.9 on 3/23/2017 at 6:25:11 PM GMT and 75.150.2.233 on 3/23/2017 at 6:21:04 PM GMT. This Grand Jury Subpoena was obtained on September 12th, 2017 and served by faxing this to Comcast Subpoena Compliance.

On September 21st, 2017, Comcast responded to the subpoena providing the account records that these 2 IP addresses were assigned. The 1st IP address, 73.192.178.9 was assigned to the account of Maria Nunez at 7565 N. Mariposa St, #102, Fresno, CA. The 2nd IP, 75.150.2.233 was assigned to the account of Valley Pacific Builder of 4920 E Yale St, Suite 101, Fresno, CA.

With this information, I contacted Sgt. Jeff Kerston with the Fresno County Sheriff's Department who is also the Commander of the Central California ICAC Task Force. I provided him with the names and addresses to see if he is familiar with them. I also provided him with the Musical.ly username of "@summerme001". Kerston and I spoke on the phone where he explained that his office previously arrested Jason Eric Blanco, 25 years of age, in recent months for using this Musical.ly account to exploit children online. Blanco is currently in jail for

Page | 1

exploitation of a child in Fresno and will be facing prosecution for his online behavior.    With this information, I will be forwarding this to Kerston as part of their investigation.

On September 21st, 2017, I was able to conduct a Logical extraction of the victim's Apple iPad Air 2 with serial number DMPNX8KLG5WQ.    During my analysis I was unable to review the private messages sent from "summerme001" to the victim due to limitations of the extraction tool.  I turned the iPad on and took pictures of the private messages between the 2 and provided those images in this case file.  This evidence will also be forwarded to Sgt. Kerston for his review.

BLANCO, Jacob  1:17CR140 LJO
000563

GRAND JURY SUBPOENA DUCES TECUM

STATE OF MISSISSIPPI
COUNTY OF MADISON

TO THE SHERIFF OR ANY OTHER LAWFUL OFFICER OF MADISON COUNTY,
MISSISSIPPI, GREETINGS:

WE COMMAND YOU TO SUMMON

Musically
Patrick Nommensen, Head of Special Projects
1920 Olympic Blvd.
Santa Monica, CA 90404

Pursuant to an official criminal investigation of a suspected crime being conducted, it is
directed that you furnish copies of any and all records regarding the identification of the
creator/user of the Instagram account "*summerme001*" to include email address associated
with this account, Internet Protocol addresses where the suspect(s) logs on and off with
dates and times and the date this account was created, secondary contact, and any other
pertinent information that would lead to the identification of the creator of this account.

You are not to disclose the existence of this subpoena. Any such disclosure could impede
the investigation being conducted and thereby interfere with the enforcement of the law;

To be and personally appear before the Grand Jury of Madison County at the Courthouse
located at 128 West North St, Canton, MS on May 24th 2017 at 0900 AM.

To give evidence in a certain matter under investigation by said body. In lieu of a
personally appear before the Grand Jury, compliance with said subpoena may be met by
delivering said records to agent serving said subpoena, said agent being;

    Investigator Jay Houston
    Email: jhous@ago.state.ms.us
    Mississippi Attorney General's Office- Cyber Crimes
    550 High Street, 17th floor
    Phone # 601-576-4255 Fax # 601-576-4276

HEREIN YOU SHALL NOT FAIL under penalty in such cases made and provided; and
have then and there this writ.

WITNESS MY HAND AND SEAL OF SAID COURT, this the 27th day of April, 2017.

                ANITA WRAY, CIRCUIT CLERK

        By: *Redonna Burns* D.C.

**Subscriber information:**
Username: summerme001
Email: smog1234555hejsj@gmail.com
Sign up date (GMT+8): 3/22/2017, 5:40:23 AM
Sign up IP: 75.150.2.233
Sign up device: samsung SM-G930T

**IP details (GMT+0):**

Period 1
Number of log(s): 2
time: 20170404 05:36:52 ~ 20170404 05:37:53
IP address:
75.150.2.233(United States)
73.192.178.95(United States)

Period 2
Number of log(s): 1
time: 20170402 22:35:47 ~ 20170402 22:37:07
IP address:
73.192.178.95(United States)

Period 3
Number of log(s): 1
time: 20170402 02:13:03 ~ 20170402 02:19:44
IP address:
73.192.178.95(United States)

Period 4
Number of log(s): 3
time: 20170401 02:27:01 ~ 20170401 02:34:27
IP address:
75.150.2.233(United States)
73.192.178.95(United States)
172.58.24.166(United States)

Period 5
Number of log(s): 3
time: 20170330 22:40:15 ~ 20170330 22:40:30
IP address:
172.56.41.218(United States)
75.150.2.233(United States)
73.192.178.95(United States)