# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JACOB BLANCO,<br><br>        Defendant. | 1:17-cr-00140-LJO-SKO<br><br>**ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS** |

The Court has received and reviewed the Government's responsive papers to the Defendant's Motion to Suppress. The Court finds no need for either further briefing or for a hearing on the pending motion, and considers the matter submitted for determination.

The Court agrees entirely with the Government's legal position in the responsive documents, and therefore and hereby incorporates by reference Document 47.

The Motion to Suppress is DENIED in its entirety on the grounds so stated.

The trial date of February 26, 2019, is hereby CONFIRMED.

IT IS SO ORDERED.

Dated: **February 4, 2019**      /s/ Lawrence J. O'Neill
                                                      UNITED STATES CHIEF DISTRICT JUDGE