IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BLANCO,<br><br>Defendant. | Case No.: 1:17-CR-00140-001 LJO SKO<br><br><u>ORDER FOR EXAMINATION REGARDING DEFENDANT'S MENTAL COMPETENCY PURSUANT TO 18 U.S.C. § 4241</u> |

On July 15, 2019, at the request of defense counsel, U.S. District Judge Lawrence J. O'Neill ordered that defendant JACOB BLANCO ("defendant"), be placed again in the custody of the Attorney General and undergo an examination pursuant to 18 U.S.C. § 4241 to determine whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly, pursuant to 18 U.S.C. § 4241, IT IS HEREBY ORDERED that:

A. Defendant is committed to the custody of the Attorney General.

B. The Attorney General shall conduct a psychiatric or psychological examination of the defendant to determine the defendant's competence and capacity to permit the proceedings to go forward.

C. No later August 12, 2019, a member of the staff of the facility to which the defendant has been committed by the Attorney General shall submit to the Court and the parties a report regarding:

1. A determination of the defendant's mental capacity to proceed to trial and aid his counsel with his defense;

2. If not, whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the proceedings to go forward;

3. If lacking the current capacity, whether the staff of the facility requires additional time to treat the defendant's mental condition to the point where it is so improved that trial may be reset and proceed.

D. Alternatively, should the institution require additional time to evaluate the defendant, a member of the staff of the facility to which the defendant has been committed by the Attorney General shall request from the Court additional time, up to four months, to complete the evaluation.

IT IS SO ORDERED.

Dated: __July 16, 2019__                    _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES CHIEF DISTRICT JUDGE