MCGREGOR W. SCOTT
United States Attorney
David Gappa
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00140-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO MOVE MOTION HEARING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JACOB BLANCO, | DATE: December 9, 2019 |
| Defendant. | TIME: 11:00 a.m. COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through a counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order, this matter was set for a motion hearing on October 28, 2019. That date was selected with the understanding that a report regarding the defendant's competency would be provided to the court before October 25, 2019. The court has not received the report, and counsel for the parties are not currently available to reconvene until December 9, 2019, at 11:00 a.m.

2. By this stipulation, the parties have agreed to reschedule the next hearing for December 9, 2019, at 11:00 am. The parties have also agreed to exclude time under the Speedy Trial Act through the next hearing on June 18, 2018, based on 18 U.S.C. 3161(h)(1)(A) and (D), (h)(7)(A), (h)(7)(B)(i)

1

and (iv).

IT IS SO STIPULATED.

Dated: October 25, 2019                     McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ David Gappa
                                            David Gappa
                                            Assistant United States Attorney

Dated: October 25, 2019                     /s/ Virna Santos
                                            Virna Santos
                                            Counsel for Defendant
                                            JACOB BLANCO

## ORDER

IT IS HEREBY ORDERED that the next hearing, and possible trial scheduling, for this case be reset for December 9, 2019, at 11:00 am.

IT IS FURTHER ORDERED that the time period through December 9, 2019, inclusive, is deemed excludable under 18 U.S.C. § § 3161(h)(1)(A) and (D), (h)(7)(A), (h)(7)(B)(i) and (iv) because it results from a continuance granted by the court at the parties' request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **November 2, 2019**           **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE

2