JACOB BLANCO
7083223
FRESNO COUNTY JAIL
P.O. BOX 872
FRESNO, CA. 93721




FILED
APR 01 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00140 NONE/SKO |
| PLAINTIFF, | FARETTA REQUEST |
| V. | |
| JACOB BLANCO | JUDGE: HON. DALE A. DROZD |
| DEFENDANT. | |

DEFENDANT JACOB BLANCO HEREBY MOVES THE HONORABLE DALE A. DROZD TO HOLD A FARETTA HEARING. THIS IS DUE TO THE FACT THAT HE WAS DENIED HIS SIXTH AMENDMENT RIGHT TO SUCH A HEARING ON MARCH 27, 2020 WHILE APPEARING BEFORE THE HONORABLE STANLEY A. BOONE. THE FOLLOWING ARE THE RELEVANT FACTS BEHIND THIS REQUEST.

### THE ORIGINAL FARETTA REQUEST

THE COURT RECEIVED A LETTER FROM ME ON FEBRUARY 26, 2020 ("CONDITIONAL FARETTA REQUEST") IN THAT LETTER, I EXPLAINED THAT I WISHED TO PROCEED PRO PER BECAUSE I INTENDED TO FILE A MOTION FOR RECONSIDERATION (FOR A MOTION TO SUPPRESS) AND DISCUSSED THE MERIT BEHIND THAT MOTION.

IT IS MY UNDERSTANDING THAT THIS COURT WISHED TO PUT ME ON CALENDAR FOR THAT MATTER BUT DUE TO THE ABSENCE OF MY ATTORNEY, VIRNA SANTOS, NO HEARING COULD TAKE PLACE UNTIL, AT THE MINIMUM, MARCH 23, 2020.

### MY ATTORNEY'S REQUEST

According to ECF 75, on March 11, 2020, a Marsden hearing was set for March 27, 2020 "... pursuant to the request of Attorney Virna Santos." This hearing was set to take place before the Honorable Barbara A. McAuliffe. Knowing that Judge McAuliffe may not be aware of the actual request — a Faretta request — I wrote her a letter on March 20, 2020. In that letter, I explained, very briefly, about my letter to this court. I also informed her that I wished to waive the Marsden hearing and instead would like to have the Faretta hearing on March 27, 2020, as this was my original intention. This letter has been included as Exhibit A.

One day before the however, I learned that I would be appearing before the Honorable Stanley A. Boone. I did not have time to inform him beforehand as I did with Judge McAuliffe.

### THE HEARING

During the March 27, 2020 Marsden hearing, I informed Judge Boone that I did not request a Marsden hearing and that in fact, I requested a Faretta hearing. I explained that this confusion was caused by my attorney, who requested the Marsden hearing herself. Ms. Santos feigned ignorance to any communication between the court and myself and denied that she misrepresented my request. But on this point, she contradicted herself when she was explaining to Judge Boone, who opined that I should be heard by you, that the court wanted me to be heard by a Magistrate Judge. This naturally implies knowledge about my original request.

I do not claim to know why she would misrepresent my request. But it appears that she did. This misrepresentation may seem minor. It was not.

Judge Boone explained that because the matter was set for a Marsden hearing, that I would have to submit a Faretta request to receive my hearing. This is despite that, throughout the hearing, I explained numerous times that I DID request one. I even orally requested one at the hearing.

IN THE END, NO FARETTA HEARING OCCURRED. I WAS DENIED MY SIXTH AMENDMENT RIGHT TO MY FARETTA HEARING AND TO REPRESENT MYSELF.

## CONCLUSION

I RESPECTFULLY REQUEST THAT THIS MOTION BE FILED WITH THE COURT SO AS TO AVOID ANY CONFUSION WITH ANY JUDGE (WHILE I WOULD PREFER IT TO BE YOU) WHO HAPPENS TO HEAR THIS MATTER.

YOUR HONOR, IT IS NOT MY INTENTION TO BE OVERLY CRITICAL BUT THE ISSUE AT HAND IS SUBSTANTIALLY IMPORTANT. THEREFORE I AM MAKING THIS REQUEST AGAIN. HOWEVER, I FEAR THAT MY TIME IS RUNNING OUT AS I HAVE TRIAL SET FOR MAY 5, 2020, ONLY 38 DAYS AT THE TIME OF WRITING THIS MOTION.

WHILE MY MOTION FOR RECONSIDERATION IS COMPLETE, I CANNOT FILE IT UNTIL I AM REPRESENTING MYSELF. BUT NOW, I FEAR, IT MAY ULTIMATELY BE FOUND TO BE UNTIMELY BECAUSE OF THIS DELAY, WHICH IS NOT THE RESULT OF A LACK OF EXERCISING DUE DILIGENCE.

I PRAY THAT THIS ISSUE CAN BE ALLEVIATED SOON AND I THANK YOU FOR TAKING THE TIME TO READ THIS MOTION.

DATED: MARCH 29, 2020

RESPECTFULLY,

JACOB BLANCO

EXHIBIT A

TO: HONORABLE BARBARA A. MCAULIFFE

Your Honor,

I have a Marsden hearing scheduled in your courtroom on March 27, 2020. This hearing is at the request of my attorney, Virna L. Santos.

However, I recently wrote the Honorable Dale A. Drozd and requested a Faretta hearing, not a Marsden. I therefore wish to waive the Marsden hearing and would like to have the Faretta hearing on March 27, as originally requested.

I think it is important to inform you about some aspects of that letter to Judge Drozd. I requested to proceed pro per because I am going to file a motion to reconsider a motion to suppress. In that letter, I discussed the merits behind the motion. I also requested the Faretta hearing on one condition: that another hearing be held before the pretrial order is issued so I can withdraw from proceeding pro per (after I file the motion to reconsider). I also requested standby counsel to take over the defense when I do withdraw from proceeding in propria persona.

The letter to Judge Drozd was received by the court on February 26, 2020 but due to the absence of my attorney, the hearing was not scheduled until recently. This is much later than I anticipated and may pose some problems with the one condition I requested, as my trial date is currently set for May 5, 2020. However, I hope this issue can be resolved at the hearing.

Unfortunately, I do not have an extra copy of that letter to attach to this one. However, I believe it may still be in the possession of the court if your honor would wish to read it.

This letter is simply to inform you of this information and I thank you for taking the time to read it.

RESPECTFULLY

DATED: MARCH 20, 2020

JACOB BLANCO