VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITEDS STATES OF AMERICA, | ) | CASE NO. 1:17-CR-0140 NONE |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | ) ) | |
| JACOB BLANCO, | ) ) ) | |
| Defendant. | ) ) | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JACOB BLANCO by and through his attorney of record, Virna L. Santos, hereby requesting that the sentencing hearing currently set for October 9, 2020 be continued to February 5, 2021.

This continuance is due to the difficulty in coordinating sentencing hearing defense witnesses in light of the current public health emergency and the need to conduct investigation necessary to support defense objections to the Presentence Investigation Report. I have corresponded with AUSA David Gappa, who has no objection to this request.

///

STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING

1

**IT IS SO STIPULATED.**

                                            Respectfully Submitted,

DATED:  September 18, 2020        /s/ Virna L. Santos
                                             VIRNA L. SANTOS
                                             Attorney for Defendant
                                             JACOB BLANCO

DATED:   September 18, 2020       */s/*  David Gappa
                                             DAVID GAPPA
                                             Assistant U.S. Attorney

## ORDER

The sentencing hearing currently set for October 9, 2020 is hereby continued to February 5, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **September 18, 2020**   /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE