VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITEDS STATES OF AMERICA, | ) CASE NO. 1:17-CR-0140 NONE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | ) |
| JACOB BLANCO, | ) |
| Defendant. | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DRODZ AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JACOB BLANCO by and through his attorney of record, Virna L. Santos, hereby requesting that the sentencing hearing currently set for February 5, 2021 be continued to May 14, 2021.

This continuance is due to the difficulty in coordinating the appearance of defense witnesses in light of the current public health emergency and Mr. Blanco's desire to proceed to present expert testimony during a live, in person hearing. I have corresponded with AUSA David Gappa, who has conveyed the concerns of victims and/or their families about this additional delay but is not objecting to this request.

STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING

1

**IT IS SO STIPULATED.**

                                              Respectfully Submitted,

DATED: January 11, 2021        /s/ Virna L. Santos
                                              VIRNA L. SANTOS
                                              Attorney for Defendant
                                              JACOB BLANCO

DATED: January 11, 2021        */s/* David Gappa
                                              DAVID GAPPA
                                              Assistant U.S. Attorney

## ORDER

The sentencing hearing currently set for February 5, 2021 is hereby continued to May 14, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 11, 2021**    Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE