VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero St
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902
E-mail: vsantos@santoslg.com


Attorney for JACOB BLANCO


### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,                      )<br>                              Plaintiff,     )<br>                                              )<br>            v.                                )<br>                                              )<br>JACOB BLANCO                                    )<br>                              Defendant.    )<br>_____ ) | Case No.: 1:17CR00140 NONE-SKO<br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING** |

Defendant, JACOB BLANCO, by and through his attorney of record, Virna L. Santos, and Assistant United States Attorney David Gappa, hereby stipulate that the sentencing hearing currently set for August 27, 2021 be continued to October 8, 2021 at 10:00 a.m.

This stipulation is premised upon defendant's request for a public sentencing hearing that family members and other supporters may attend as well as the parties' intention to present expert testimony.   In addition, Defendant requires additional time to investigate and respond to the Government's expert report, which should be provided to the defense counsel shortly.

For these reasons, the parties hereby stipulate that the Defendant's sentencing hearing

MOTION TO CONTINUE SENTENCING HEARING

1

be continued to **October 8, 2021 at 10:00 a.m.**  The parties further stipulate to extend the filing date for sentencing memoranda to **September 24, 2021.**   Any reply or statement of non-opposition shall be filed by **October 1, 2021**.

      **IT IS SO STIPULATED.**

                                       Respectfully Submitted,

DATED:  August 12, 2021       /s/ Virna L. Santos _____
                                   VIRNA L. SANTOS
                                   Attorney for Defendant
                                   JACOB BLANCO

DATED:   August 21, 2021      */s/*  David Gappa _____
                                   DAVID GAPPA
                                   Assistant U.S. Attorney

                                     **ORDER**

     The sentencing hearing currently set for August 27, 2021 is hereby continued to **October 8, 2021 at 10:00 a.m., Courtroom 3, 7th Floor.**  Sentencing memoranda shall be filed by **September 24, 2021**.  Any reply or statement of non-opposition shall be filed by **October 1, 2021**.

      IT IS SO ORDERED.

      Dated:  **August 13, 2021**  _Dale A. Drozd_____
                                UNITED STATES DISTRICT JUDGE

MOTION TO CONTINUE SENTENCING HEARING                     2