1

VIRNA L. SANTOS, ESQ., SBN 150017

Santos Law Group

2

1225 E. Divisadero Street

3

Fresno, CA 93721

Office: (559) 500-3900

4

Fax: (559) 500-3902

5

Counsel for JACOB BLANCO

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

12

UNITEDS STATES OF AMERICA,

13

                    Plaintiff,

14

15

          v.

16

JACOB BLANCO,

17

                  Defendant.

18

19

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:17-CR-00140 NONE

ORDER RE: DEFENDANT JACOB
BLANCO'S REQUEST FOR LEAVE TO
FILE DOCUMENTS UNDER SEAL

Hon. Dale A. Drozd

20

      This matter is before the Court on the request of defendant Jacob Blanco to file under

21

seal:

22

    1.  The Well Community Church Counseling Center Intake and Adult Assessment of

23

        Jacob Blanco (Exhibit 1).

24

    2.  Dr. A. A. Howsepian's Psychiatric Evaluation of Jacob Blanco (Exhibit 2).

25

    3.  Dr. A. A. Howsepian's Supplemental Report (Exhibit 3).

26

27

    4.  Dr. A. A. Howsepian's Analysis of Dr. Susan Napolitano's Medical Report (Exhibit
        4).

28

SEALING ORDER                                                               1

1    Based on the sensitive medical issues addressed in the defendant's request, it is

2  appropriate that it be filed under seal. Accordingly, the defendant's sealing request is

3  GRANTED.  Defendant's exhibits shall be filed under seal.

4

5    IT IS SO ORDERED.

6

7    Dated:   **September 27, 2021**  *Dale A. Drozd*
                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  SEALING ORDER                                                        2