PHILLIP A. TALBERT
Acting United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
E-mail: david.gappa@usdoj.gov

NADIA C. PRINZ
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1400 New York Avenue NW, Suite 600
Washington, DC 20005
Telephone: (202) 514-3740
E-mail: nadia.prinz@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00140-DAD-SKO |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| JACOB ERIC BLANCO, | |
| Defendant. | |

WHEREAS, on October 26, 2020, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jacob Eric Blanco in the following property:

   a. Custom built computer tower, seized from defendant by law enforcement on or about May 5, 2017;

   b. Galaxy S7 cellular telephone with serial number 357752071773928, seized from defendant by law enforcement on or about May 5, 2017;

   c. Asus Monitor with serial number E8LMTF069631, seized from defendant by

FINAL ORDER OF FORFEITURE            1

law enforcement on or about May 5, 2017;

    d. Asus Monitor with serial number E8LMTF068204, seized from defendant by law enforcement on or about May 5, 2017; and

    e. Apple iPad Mini, model A1489, serial number F9FSTRM0FCM9.

AND WHEREAS, beginning on December 15, 2020, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Jacob Eric Blanco.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **October 15, 2021**                                  _Dale A. Drozd_
                                                                     UNITED STATES DISTRICT JUDGE