1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )      Case №: 1:17-CR-00140-1-DAD;
                                      )      CA №: 21-10301
9                  Plaintiff,          )
                                      )                O R D E R
10            vs.                      )          APPOINTING COUNSEL
                                      )
11   JACOB BLANCO,                     )
                                      )
12                 Defendant.          )
                                      )
13

14          The above named Defendant has, under oath, sworn or affirmed as to his financial

15   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16   obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17   justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18          IT IS HEREBY ORDERED that Carolyn Phillips be appointed to represent the above

19   defendant in this case effective *nunc pro tunc* to October 19, 2021 in place of CJA Panel

20   Attorney, Virna Santos for the appeal.

21          This appointment shall remain in effect until further order of this court.

22

23   IT IS SO ORDERED.

24       Dated:   **October 25, 2021**

25                                              _____
                                               UNITED STATES DISTRICT JUDGE
26

27

28