Carolyn D. Phillips # 103045
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
(559) 248-9833

Attorney for defendant-appellant JACOB BLANCO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:17-cr-0140 DAD |
| ) | |
| Plaintiff-Respondent, ) | ORDER GRANTING |
| ) | APPELLATE COUNSEL ACCESS |
| ) | TO SEALED TRANSCRIPTS |
| v. ) | |
| ) | [9th Circuit Case No. 21-10301] |
| JACOB BLANCO, ) | |
| ) | |
| Defendant-Appellant. ) | |

Based on a showing of good cause, the Court grants appellate counsel Carolyn D. Phillips access to the following sealed transcripts:

1. February 5, 2018, defendant's request for new counsel heard by Magistrate Judge Oberto;

2. October 9, 2018, Marsden motion and Faretta hearing before Magistrate Judge Oberto;

3. July 15, 2019, Marsden hearing and motion for mental examination heard by Judge O'Neill;

4. January 13, 2020, Marsden hearing, before Judge O'Neill;

5. March 27, 2020, Marsden hearing, *in camera* before Magistrate Boone;

Order Granting Appellate Counsel Access To Sealed Transcripts; *United States v. Blanco*; *Case No. 1:17-cr-0140 DAD*   1

     6.     May 1, 2020, Faretta hearing before Judge Drozd; and,

     7.     May 14, 2021, Marsden hearing before Judge Drozd, reported by Karen Hooven.

Counsel is to destroy all sealed transcripts in her possession when the appeal becomes final, as measured by expiration of time to seek certiorari in the U.S. Supreme Court or conclusion of any U.S. Supreme Court proceedings, whichever is later.

IT IS SO ORDERED.

Dated: **November 3, 2021**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE